UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XOCHI QUETZAL HAENA FLORES,

              Plaintiff,

    v.

STATE OF HAWAII, et al.,

              Defendants.

Case No. C19-315-RSM

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 20th day of March, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge